# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−5 | User: rrombawa | Date Created: 2/25/2011 |
| Case: 11−51693 | Form ID: SJAFD | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SJ      USTPRegion17.SJ.ECF@usdoj.gov
tr      Devin Derham−Burk      ctdocs@ch13sj.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Debbie Alice Thompson      1484 Pollard Road #325      Los Gatos, CA 95032

TOTAL: 1