Form SJOPD

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Jose)

| | |
|---|---|
| **In re:**<br>Debbie Alice Thompson<br>1484 Pollard Road #325<br>Los Gatos, CA 95032 | **Case Number:** 11–51693 SLJ<br>**Chapter:** 13 |
| Debtor(s) | |
| **Debtor/Joint Debtor Social Security Number(s):**<br>xxx–xx–1495 | |

## ORDER PROVIDING FOR DISMISSAL FOR FAILURE TO FILE THE CHAPTER 13 PLAN

It appearing that the above–named debtor(s) filed a petition for relief under Chapter 13 of the United States Bankruptcy Code on 2/24/11 and that at the time of filing, the debtor(s) did not file the Chapter 13 plan.

IT IS HEREBY ORDERED that the debtor(s) file the Chapter 13 plan within 14 days of the date of filing the petition for relief or an Order and Notice of Dismissal for Failure to Comply pursuant to 11 U.S.C. §§1307(c)(3) shall be entered.

Dated: <u>2/25/11</u>

By the Court:

Stephen L. Johnson
United States Bankruptcy Judge

Doc #6