# Notice Recipients

District/Off: 0971–5     User: rrombawa     Date Created: 2/25/2011
Case: 11–51693     Form ID: SJOPD     Total: 2

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SJ     USTPRegion17.SJ.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Debbie Alice Thompson     1484 Pollard Road #325     Los Gatos, CA 95032

TOTAL: 1