ORIGINAL

FILED
SEP 0 7 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| DEBBIE ALICE THOMPSON | Case No. 11-51693 SLJ |
| | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2497133 for an unclaimed dividend in the amount of $140.00. The name and address of the claimant entitled to the unclaimed dividend is as follows;

DEBBIE ALICE THOMPSON
1484 POLLARD RD #325
LOS GATOS, CA 95032

Dated: September 02, 2011

DEVIN DERHAM-BURK, TRUSTEE